UNITED STATES DISTRICT COURT
WESTERN DIVISION OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| LEQUIP IMPORTACAO E EXPORTACAO DE MAQUINAS E EQUIPAMENTOS LIMITADA | CIVIL ACTION NO. 6:13-cv-00369 |
| VERSUS | JUDGE DOHERTY |
| DRILLERS MUD SYSTEMS, L.L.C. | MAGISTRATE JUDGE HANNA |

### ORDER

Considering the issues discussed during the telephone conference of April 11, 2014,

IT IS ORDERED that the defendant, Drillers Mud Systems, L.L.C., shall provide counsel for the plaintiff with written verification of its discovery responses not later than the close of business on Tuesday, April 15, 2014.

IT IS FURTHER ORDERED that responses to the plaintiff's second set of discovery will also be provided not later than the close of business on Tuesday, April 15, 2014.

IT IS FURTHER ORDERED that the plaintiff shall file in the record an affidavit establishing the fees and costs it claims were incurred in connection with its motion to compel (Rec. Doc. 18) and the current discovery dispute not later than fourteen days after the date of this order. Any objection thereto must be filed in the

record not later than seven days thereafter. The undersigned will then, in due course, rule on the motion.

Signed at Lafayette, Louisiana, this 14th day of April 2014.

```
_____
PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE
```